UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA WILSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:18-cv-00883 |
| | : | |
| UNITED STATES POSTAL SERVICE; and | : | |
| MEGAN J. BRENNAN, *Postmaster General*; | : | |
|     Defendants | : | |

**O R D E R**

**AND NOW**, this 22nd day of February, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 9, is **GRANTED**.

2. The Amended Complaint, ECF No. 8, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

                                    BY THE COURT:

                                    */s/ Joseph F. Leeson, Jr.*
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge